[No. 45417-0-I.   Division One.   August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant,* v. DANIEL WISNER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-09935-2, Patricia H. Aitken, J., entered October 1, 1999. *Remanded* by unpublished per curiam opinion.

[No. 45463-3-I.   Division One.   August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant,* v. TASHA M. SHEPHERD, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 99-1-06788-2, Deborah Fleck, J., entered October 25, 1999. *Remanded* by unpublished per curiam opinion.

[No. 46366-7-I.   Division One.   August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant,* v. PAUL MILLER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 99-1-06235-0, Jeffrey Michael Ramsdell, J., entered March 16, 2000. *Remanded* by unpublished per curiam opinion.

[No. 44504-9-I.   Division One.   August 21, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES F. AINSLIE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-05209-9, Nicole MacInnes, J., entered February 25, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker, A.C.J., and Cox, J. Now published at 103 Wn. App. 1.